Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−12256−JKS
           Chapter: 13
           Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul E Alex
   37 Dogwood Drive
   Newton, NJ 07860

Social Security No.:
   xxx−xx−5053

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    2/8/18
Time:    11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E Tanne, Debtor's attorney

COMMISSION OR FEES
Fee: $1,969.50

EXPENSES
$6.97

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 16, 2018
JAN:

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-12256-JKS
Paul E Alex                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2        Date Rcvd: Jan 16, 2018
                            Form ID: 137           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
```
db           +Paul E Alex,    37 Dogwood Drive,    Newton, NJ 07860-2503
cr            BANK OF AMERICA, N.A.,     c/o KOURY TIGHE LAPRES BISULCA & SOMMERS,    1423 TILTON ROAD,
               SUITE 9,    NORTHFIELD, NJ 08225-1857
cr           +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,     PO Box 9013,    Addison, TX 75001-9013
cr           +Cit Bank N.A.,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
               Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr           +OneWest Bank Mortgage Servicing, a division of CIT,    P. O. Box 9013,    Addison, TX 75001-9013
515988466    +Bank od America,     450 American St,    Simi Valley, CA 93065-6285
515988467   #+Bank of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516249430     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
516736176    +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516127814    +CIT Bank, N.A. (See 410),     c/o OneWest Bank Mortgage Servicing,    A Division of CIT Bank, N.A.,
               P.O. Box 9013,    Addison, Texas 75001-9013
516705411    +Ditech Financial LLC,     ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 Congress Ave,  suite # 100,
               Boca Raton Fl. 33487-2853
515988469    +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515988470    +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515988475    +Lisa J Banta,    103 Cougar Court,    Dingmans Ferry, PA 18328-4074
515988476    +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
516169553    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515988477    +State of New Jersey Division of Taxation,     P.O Box 187,    Trenton, NJ 08695-0187
515988478    +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2018 23:37:56     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2018 23:37:54     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515988471    +E-mail/Text: EBN_Notifications@OWB.com Jan 16 2018 23:37:52      IndyMac,   PO BOX 78826,
               Phoenix, AZ 85062-8826
515988472    +E-mail/Text: EBN_Notifications@OWB.com Jan 16 2018 23:37:52      IndyMac Bank/OneWest Bank,
               Attn:Bankruptcy Department,    2900 Esperanza Crossing,    Austin, TX 78758-3658
515988473    +E-mail/Text: EBN_Notifications@OWB.com Jan 16 2018 23:37:52      IndyMac Bank/OneWest Bank,
               6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
515988474     E-mail/Text: cio.bncmail@irs.gov Jan 16 2018 23:37:45      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515988468   ##+Brady & Correale, LLP,    50 South St,    3rd Floor,    Morristown, NJ 07960-4114
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Jan 16, 2018
                               Form ID: 137                 Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2018 at the address(es) listed below:
              Francesca Ann Arcure    on behalf of Creditor    OneWest Bank Mortgage Servicing, a division of CIT
               Bank, N.A as servicer for CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB
               nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka
               OneWest Bank, FSB nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              Laura M. Egerman    on behalf of Creditor    Cit Bank N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Paul E Alex info@tannelaw.com,   tanne.ecf.email@gmail.com
                                                                                            TOTAL: 8
```