UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on February 12, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul E. Alex

Case No.: 16-12256-JKS

Chapter: 13

Judge: Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 12, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____1,969.50_____ for services rendered and expenses in the amount of $_____6.97_____ for a total of $_____1,976.47_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-12256-JKS
Paul E Alex                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: Feb 13, 2018
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
db             +Paul E Alex,    37 Dogwood Drive,    Newton, NJ 07860-2503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor    OneWest Bank Mortgage Servicing, a division of CIT Bank, N.A as servicer for CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
       Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
       John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com
       Laura M. Egerman    on behalf of Creditor    Cit Bank N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
       Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
       Scott E. Tanne    on behalf of Debtor Paul E Alex info@tannelaw.com,    tanne.ecf.email@gmail.com
                                                                                                              TOTAL: 9