# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 16−12256−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul E Alex
   37 Dogwood Drive
   Newton, NJ 07860

Social Security No.:
   xxx−xx−5053

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on November 17, 2016.

    On 3/29/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 April 26, 2018
Time:                09:00 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 4, 2018
JAN: wdh

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-12256-JKS
Paul E Alex                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Apr 04, 2018
                              Form ID: 185             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db           +Paul E Alex,    37 Dogwood Drive,    Newton, NJ 07860-2503
cr            BANK OF AMERICA, N.A.,    c/o KOURY TIGHE LAPRES BISULCA & SOMMERS,     1423 TILTON ROAD,
               SUITE 9,    NORTHFIELD, NJ 08225-1857
cr           +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,     PO Box 9013,    Addison, TX 75001-9013
cr           +Cit Bank N.A.,    Robertson Anschutz & Schneid, P.L.,     6409 Congress Ave., Suite 100,
               Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr           +OneWest Bank Mortgage Servicing, a division of CIT,     P. O. Box 9013,    Addison, TX 75001-9013
515988466    +Bank od America,    450 American St,    Simi Valley, CA 93065-6285
515988467   #+Bank of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516249430     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
516736176    +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516127814    +CIT Bank, N.A. (See 410),    c/o OneWest Bank Mortgage Servicing,     A Division of CIT Bank, N.A.,
               P.O. Box 9013,    Addison, Texas 75001-9013
516705411    +Ditech Financial LLC,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,     6409 Congress Ave,   suite # 100,
               Boca Raton Fl. 33487-2853
515988469    +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515988470    +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515988475    +Lisa J Banta,    103 Cougar Court,    Dingmans Ferry, PA 18328-4074
515988476    +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
516169553   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515988477    +State of New Jersey Division of Taxation,     P.O Box 187,    Trenton, NJ 08695-0187
515988478    +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2018 23:48:31     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2018 23:48:28     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515988471    +E-mail/Text: EBN_Notifications@OWB.com Apr 04 2018 23:48:22     IndyMac,    PO BOX 78826,
               Phoenix, AZ 85062-8826
515988472    +E-mail/Text: EBN_Notifications@OWB.com Apr 04 2018 23:48:22     IndyMac Bank/OneWest Bank,
               Attn:Bankruptcy Department,    2900 Esperanza Crossing,    Austin, TX 78758-3658
515988473    +E-mail/Text: EBN_Notifications@OWB.com Apr 04 2018 23:48:22     IndyMac Bank/OneWest Bank,
               6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
515988474     E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 23:48:05     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515988468    ##+Brady & Correale, LLP,    50 South St,    3rd Floor,    Morristown, NJ 07960-4114
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature: /s/Joseph Speetjens

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2018
                                  Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    OneWest Bank Mortgage Servicing, a division of CIT
               Bank, N.A as servicer for CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB
               NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka
               OneWest Bank, FSB NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              Laura M. Egerman    on behalf of Creditor    Cit Bank N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Paul E Alex info@tannelaw.com,   tanne.ecf.email@gmail.com
                                                                                             TOTAL: 9
```