UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices
PARKER McCAY P.A.
Brian E. Caine, Esquire
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 810-5815
Attorneys for Bank of America, N.A., its successors and/or assigns

Order Filed on July 16, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul E Alex

CASE NO.  16-12256-JKS
Chapter:  13
Hearing: July 12, 2018

Judge: SHERWOOD

# ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY

The relief set forth on the following page, number two (2) is hereby ORDERED.

**DATED: July 16, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors: Paul E Alex
Case No: 16-12256-JKS
Caption of Order: ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY

---

Upon the motion of Bank of America, N.A., its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) and for relief under Bankruptcy Code section 1301 for relief from the co-debtor stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 and the **co-debtor stay under section 1301** are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*37 Dogwood Drive, Newton, New Jersey 07860*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Rule 4001(a)(3) is not applicable and Movant, its successors and/or assigns may immediately enforce and implement this Order granting relief from the automatic stay.

It is further ORDERED that Movant is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.