UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

**Order Filed on October 4, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Paul E. Alex

Case No.: 16-12256-JKS

Chapter: 13

Judge: Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____1.62_____ for a total of $_____401.62_____. The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____425.00_____ per month for __remaining 5__ months to allow for payment of the above fee.

Increased payments to commence October 2018.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12256-JKS
Paul E Alex                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 04, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db          +Paul E Alex,   37 Dogwood Drive,   Newton, NJ 07860-2503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
      Brian E Caine    on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   OneWest Bank Mortgage Servicing, a division of CIT
       Bank, N.A as servicer for CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB
       NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
      Francesca Ann Arcure    on behalf of Creditor   CIT Bank, N.A., fka OneWest Bank, N.A., fka
       OneWest Bank, FSB NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
      John M. Sommers    on behalf of Creditor   BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
       ktlbslaw@aol.com
      Laura M. Egerman    on behalf of Creditor   Cit Bank N.A. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
       Bank, FSB bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor   CIT Bank, N.A. rsolarz@kmllawgroup.com
      Scott E. Tanne    on behalf of Debtor Paul E Alex info@tannelaw.com,   tanne.ecf.email@gmail.com
                                                                                      TOTAL: 10